**DISMISS and Opinion Filed May 7, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00299-CV**

**IN THE INTEREST OF P.A.R., A CHILD**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-23-15290**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Smith

On April 9, 2024, we sent a letter to the parties questioning our jurisdiction because it appears appellant is appealing from an agreed judgment. We explained that absent an allegation and proof of fraud, collusion, or misrepresentation, such a judgment cannot be appealed. We directed appellant to file a letter brief addressing our jurisdictional concern no later than April 19, 2024. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief nor further corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 42.3(b), (c).


/Craig Smith/
CRAIG SMITH
JUSTICE

240299F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF P.A.R., A
CHILD

No. 05-24-00299-CV

On Appeal from the 254th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-23-15290.
Opinion delivered by Justice Smith.
Justices Miskel and Breedlove
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered May 7, 2024